**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CALVIN ALPHONSE LEE,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 04-0700-WS-C** |
| **JACK S. TILLMAN, et al.,** | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE** and **ORDERED** this 30th day of September, 2005.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE